# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Lewis Anderson

V.                                    **JUDGMENT IN A CIVIL CASE**

United States District Court, Southern District of
California and W. Samuel Hamrick, Jr.

                                                          CASE NUMBER:     11CV1680-BTM(JMA)

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried
       and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been
       tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is Dismissed without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b) and § 1915A(b).   Plaintiff's Motion for Application to File a Second Amended Writ of Habeas Corpus, Motions to Remand and Motion for Summary Judgment are Denied as Moot.

| November 7, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ E Silvas |
|  | (By) Deputy Clerk |
|  | ENTERED ON January 6, 2012 |

11CV1680-BTM(JMA)